# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                         Case No:  2:20-cr-20452-DPH-RSW

v.                                      Hon. Denise Page Hood

SOPHIE TOYA,

    Defendant.

---

## APPEARANCE OF PHILLIP SHANE

PLEASE TAKE NOTICE that Phillip Shane of the law firm Miller, Canfield, Paddock and Stone, PLC, has this day entered an appearance as counsel for Defendant, Sophie Toya in the above-entitled matter.

                            Respectfully submitted,

                            MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

                            By:    s/Phillip Shane
                                      Phillip Shane (P72126)
                                      Attorney for Defendant Sophie Toya
                                      Miller, Canfield, Paddock and Stone, P.L.C.
                                      840 West Long Lake Road, Suite 150
                                      Troy, MI  48098-6358
                                      Telephone: (248) 267-3386
Dated: April 2, 2024          Email:  shane@millercanfield.com

## **CERTIFICATE OF SERVICE**

Phillip Shane of Miller Canfield Paddock & Stone states that on the 2nd day of April, he served a copy of Appearance of Phillip Shane using the ECF system which will send notification of such filing to all counsel of record.

    Respectfully submitted,

    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

    By:    s/Phillip Shane
            Phillip Shane (P72126)
            Attorney for Defendant Sophie Toya
            Miller, Canfield, Paddock and Stone, P.L.C.
            840 West Long Lake Road, Suite 150
            Troy, MI  48098-6358
            Telephone: (248) 267-3386
            Email: shane@millercanfield.com